# Court of Appeals
# of the State of Georgia

ATLANTA,  June 07, 2024

*The Court of Appeals hereby passes the following order:*

**A24I0220.  MICHAEL HRIB v. SOPHY PROPERTIES, LLC.**

Michael Hrib filed the underlying petition against Sophy Properties, LLC, seeking declaratory, injunctive, and monetary relief, for claims arising out of a purported easement. Sophy Properties answered and counterclaimed. The parties filed cross-motions for summary judgment. In a single order, the trial court denied Hrib's motion and partially granted Sophy Properties's motion. Hrib seeks interlocutory review of the court's order.

Under OCGA § 9-11-56 (h), the grant of summary judgment on any issue or as to any party is reviewable by direct appeal. See *City of Demorest v. Town of Mt. Airy*, 282 Ga. 653, 654 n. 1 (653 SE2d 43) (2007); *Whiddon v. Stargell*, 192 Ga. App. 826, 827-828 (386 SE2d 884) (1989). "This Court will grant a timely application for interlocutory review if the order complained of is subject to direct appeal and the applicants have not otherwise filed a notice of appeal." *Spivey v. Hembree*, 268 Ga. App. 485, 486 n. 1 (602 SE2d 246) (2004).

Accordingly, this interlocutory application is hereby GRANTED. Hrib shall have ten days from the date of this order to file a notice of appeal in the trial court.

If he has already filed a notice of appeal from the order at issue here, he need not file a second notice. The clerk of the trial court is DIRECTED to include a copy of this order in the record transmitted to the Court of Appeals.



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta,  06/07/2024*

   *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

   *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*